151 P.3d 811

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 8, 2007**

| | | |
|---|---|---|
| 27616 | State v. Atchison | Affirmed |

**February 9, 2007**

| | | |
|---|---|---|
| 27377 | State v. Toombs | Affirmed |
| 27323 | State v. Zorzi | Affirmed |

**February 12, 2007**

| | | |
|---|---|---|
| 26659 | State v. Peralta | Affirmed |

**February 13, 2007**

| | | |
|---|---|---|
| 27512 | Juan v. Shiroma | Affirmed |

**February 14, 2007**

| | | |
|---|---|---|
| 27570 | State v. Amondson | Affirmed |
| 27706 | State v. MacArthur | Affirmed and Reversed |

**February 16, 2007**

| | | |
|---|---|---|
| 27709 | K.W., In re | Affirmed |
| 27846 | Ranches v. City and County of Honolulu | Affirmed |

**February 21, 2007**

| | | |
|---|---|---|
| 26532 | Tavares v. Dyer | Affirmed |

**February 22, 2007**

| | | |
|---|---|---|
| 27374 | FTW Revocable Trust v. Young | Affirmed |